The United States District Court of the Northern District of Ohio

Guy A Long Jr

FILED
OCT 15 2025
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO CLEVELAND

Case # 1823 Cr00635

VS

USA

Motion of 2255

@@@@

PLEASE TAKE NOTE!! Due to President Donald J. Trump (2nd Term) Executive Order 14206 Protecting Second Amendment Rights.

It Is Hereby Ordered: That This Executive Order 14206 Is In Place To Protect Our Second Amendment of All Americans. The Right To Protect Ourselves, Our Families, and Our Freedoms. The right to keep and Bear arms must Not Be Infringed. Felon In Possession of a firearms and/or Ammunition Convictions Is No Longer Constitutional.

The Defendant Guy Long Conviction In The Northern District of Ohio On 4/14/25 For Felon In Possession Of A Firearms Cases must Be OVERTURNED, DISMISS, VACATED, or TERMINATED.

Title 18 USC 922(g)(1) Is Now A violation To the Defendant Guy Long Second Amendment. As A American The Defendant Guy Long Have The Right To Exercise his/Her SECOND AMENDMENT RIGHT.

This Executive Order 14206 Went Into Affect 30 Days After The

DATE THAT IS Giving February 07, 2025. 30 DAYS AFTER February 07, 2025 IS March 09, 2025. SO THAT Makes This EXECUTIVE Order 14206 Affected/Available. NOW By President Trump's Executive Order 14206 IS ordered The Defendant Guy Long meets All the REQUIREMENT TO BEING release/free from All FBOP Costody. AND THAT This Motion Should Be GRANTED. Also PRESIDENT TRUMP EXECUTIVE ORDER 14206 IS PROVIDE With A Fact Sheet

Sincerely Guy Long Jr

Date 10-7-25

Pro SE

Guy Long Jr 91447510
P.O. Box 7000
F1OENCe Colorado
81226